THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOBBY W. WELLS,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SCOTT FRAKES, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. C13-1675-JCC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

　　(1)　The Court adopts the Report and Recommendation (Dkt. No. 19);

　　(2)　Defendants' motion to dismiss (Dkt. No. 17) is GRANTED;

　　(3)　Plaintiff's complaint (Dkt. No. 8) and this action are DISMISSED with prejudice; and

　　(4)　The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable Mary Alice Theiler.

//

//

//

1  DATED this 12th day of March 2014.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2